discretion exercised by the Special Term in granting the injunction. Lazansky, P. J., Rich, Young, Scudder and Tompkins, JJ., concur.

ANTONIO BONGIOVANNI, Respondent, v. BENJAMIN WOOL and Others, Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Young, Scudder and Tompkins, JJ.

ANTON J. FEGGELER, Appellant, v. JACOB DANGLER and Others, Respondents, Impleaded with KARNIK KOURBETIAN, Defendant.— Judgment reversed upon the law and a new trial granted, costs to appellant to abide the event, the court being of opinion that there were questions of fact for submission to the jury. Lazansky, P. J., Hagarty and Carswell, JJ., concur; Kapper and Scudder, JJ., dissent and vote to affirm.

FRANK FEGGELER, an Infant, by ANTON J. FEGGELER, His Guardian ad Litem, Appellant, v. JACOB DANGLER and Others, Respondents, Impleaded with KARNIK KOURBETIAN, Defendant.— Judgment reversed upon the law and a new trial granted, costs to appellant to abide the event, the court being of opinion that there were questions of fact for submission to the jury. Lazansky, P. J., Hagarty and Carswell, JJ., concur; Kapper and Scudder, JJ., dissent and vote to affirm,

THE FRANKLIN SOCIETY FOR HOME BUILDING AND SAVINGS, Respondent, v. WORLEY R. RAYMOND and MARTHA B. RAYMOND, Appellants.— Order striking out answer, granting interlocutory judgment and appointing a referee to compute affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Rich, Young, Hagarty and Tompkins, JJ., concur.

WILLIAM P. W. HAFF, a Stockholder of the LONG ISLAND FUEL CORPORATION, in Behalf of Himself and All Other Stockholders Thereof, Appellant, v. LONG ISLAND FUEL CORPORATION and Others, Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.

WILLIAM HIGGINS, an Infant, by VERNA HIGGINS, His Guardian ad Litem, Respondent, v. STANLEY HATCH, Appellant.— Judgment and order reversed upon the law and a new trial granted, costs to abide the event. The court committed error in declining to charge as requested at folio 623. The request was not covered in the main charge. Lazansky, P. J., Kapper, Hagarty, Carswell and Scudder, JJ., concur.

In the Matter of the Application of SAMUEL MAZZARELL and ANGELINA MAZZARELL, Respondents, v. WILLIAM E. WALSH and Others, Constituting the Board of Standards and Appeals of the City of New York, Appellants.— The decision of this court handed down on November 10, 1930, ■ is hereby amended to read as follows: Order annulling the determination of the board of standards and appeals reversed upon the law and the facts, with fifty dollars costs and disbursements to the appellants to abide the event, and proceeding remitted to the Special Term to take proof under subdivision 4 of section 719-a of the Greater New York Charter, ■ and to determine whether the petitioners should obtain the relief sought under either subdivision (e) of section 7 or under section 21 of the